**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JONAH REID, | ) | |
| | ) | 2:25-CV-1569 |
| Plaintiff, | ) | |
| v. | ) | |
| ALLEGHENY COUNTY JAIL; *et al.*, | ) | |
| Defendant. | ) | |

**ORDER**

This *pro se* case was referred to Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and the Local Rules of Court applicable to Magistrate Judges.

Mr. Reid is proceeding *pro se* and currently detained at the Allegheny County Jail pending trial in a state criminal case. He filed a Petition for Writ of Habeas Corpus to challenge his pretrial detainment under 28 U.S.C. § 2241 (ECF 1). Judge Kelly issued a thorough R&R in which she recommended that this Court (1) dismiss the Petition due to legal inadequacies; and (2) deny a certificate of appealability. Mr. Reid filed no objections. On careful review, the Court finds no clear error, and so, it is hereby **ORDERED** that Judge Kelly's R&R (ECF 2) is **ADOPTED** in full, and the Petition is dismissed and certificate of appealability is denied. The Clerk of Court shall mark this case **CLOSED.**

DATED: October 8, 2026

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Jonah Reid
152772
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219